IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT KELLY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:04-cv-00268-B |
| | )   WO |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On January 5, 2005, this Court entered a *Final Judgment* remanding this case to the Commissioner of Social Security for further proceedings pursuant to *sentence four* of 42 U.S.C. §405(g).  (Docs. 20 and 21).  Submitted now is the Plaintiff's uncontested[1] *Application For Attorney Fees Under The Equal Access To Justice Act (EAJA)* filed on March 31, 2005 (Doc. 22).

Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412,  Plaintiff seeks a total award of *$4, 088.57* consisting of $4,064.81 for attorney's fees to counsel of record, Micki Beth Stiller, at an hourly rate of $153.10[2] and $23.76 for photocopying and postage expenses.

---

[1] *Defendant's Response* (Doc. 24, filed April 20, 2005) indicates that the Defendant does oppose the award and the Defendant "respectfully requests that the Court enter an order specifically awarding EAJA fees for attorney fees and expenses of $4,088.57 made payable to Plaintiff's attorney."

[2] Plaintiff's fee itemization reflects a total of 26.55 hours of services rendered between February 20, 2004 and March 31, 2005.

The Court finds that Plaintiff's motion for attorney's fees is timely filed and that she is a "prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that pursuant to the Order and Judgment filed January 5, 2005 the Court remanded this case for further consideration pursuant to sentence four of 42 U.S.C. §405(g).  Plaintiff has documented increases in the consumer price index which authorize an increase from the $125 hourly fee specified in the EAJA to the requested hourly rate as an adjustment for inflation. Plaintiff's requested hourly rate is reasonable as are the hours expended for legal representation.

Accordingly, it is the **ORDER, JUDGMENT, and DECREE** of this Court that the Plaintiff's *Application For Attorney Fees Under The Equal Access To Justice Act (EAJA)* (Doc. 22) is **GRANTED** in the total amount of **$4,088.57**, payable to Plaintiff's counsel.

DONE this 22nd day of April, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE